# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Keyaan Jailil Jackson<br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-MJ-165<br>)<br>)<br>) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 4 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 13, 2025__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:
See attached affidavit

✔ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Newton, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of FED. R. CRIM. P. 4.1 by telephone this 14th day of October, 2025.

Date: 10/14/25

_____
*Judge's signature*

City and state: Amarillo, TX

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:25-MJ-165

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thomas Newton, being sworn, depose and state as follows:

1) I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2) I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a police officer with the Amarillo Police Department (APD) in June 2005. I was assigned to the Amarillo Police Department Narcotics unit from 2022 until my current assignment as a TFO with DEA's ARO. In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in narcotics trafficking investigations, including but not limited to conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, and executing arrest and search warrants.

3. This affidavit is made in support of a complaint and arrest warrant Keyaan Jailil JACKSON. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4. On October 13, 2025, the Amarillo Police Department (APD) K9 unit was conducting an interdiction operation at the Greyhound bus terminal located at 400 S Monroe, Amarillo, Texas. K9 Officer Skaggs and K9 Sharo conducted a free air sniff of the luggage compartment of the Greyhound bus that was at the maintenance barn. K9 Sharo alerted to a grey in color rolling duffle bag. Officer Skaggs conducted a probable cause search of the bag, locating four (4) bundles wrapped in a green plastic which is indicative of narcotic packaging. Officer Skaggs was able to cut open the packaging and discovered a white powder. A presumptive field-test was conducted and the substance tested positive for fentanyl. The gross weight of the bundles was approximately five kilograms. Based on my training and experience that amount is consistent with distribution as opposed to personal use.

5. Officer Skaggs contacted the Amarillo RO to assist with the investigation. TFO Thomas Newton, Jose Barron and SA Fernando Burga responded to assist in identifying the owner of the grey duffle bag that contained the contraband. Officer Skaggs had secured the suspected fentanyl in his patrol car and the grey duffle was placed back in the luggage area of the bus in its original location.

Page **1** of **2**

6. The Greyhound bus was taken to the passenger terminal located at 508 S Bowie, Amarillo, Texas. Passengers were instructed to their get luggage from the luggage area of the bus. Officers were able to identify Keyaan Jailil JACKSON as the owner of the suspected luggage. JACKSON was observed removing the grey duffle that had the four bundles of fentanyl from the luggage area of the bus. JACKSON also removed a second suitcase from the luggage storage area.

7. Uniformed APD officers approached JACKSON and placed him into custody. JACKSON told officers that both the suitcase and the duffle were his bags. Jackson was transported to the Amarillo RO by APD. TFO Newton and SA Burga attempted to conducted an interview with JACKSON. After JACKSON was read his *Miranda* warning, he requested to have an attorney be present before speaking with officers.

8. After the termination of the interview, JACKSON was transported to Randall County Detention Center and booked with a federal hold.

_____
Thomas Newton
DEA Task Force Officer

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 14th day of October, 2025.

Lee Ann Reno, U.S. Magistrate Judge            _____
Name and Title of Judicial Officer                   Signature of Judicial Officer

_____
Joshua Frausto
Assistant United States Attorney

Page **2 of 2**